Case 3:06-cr-00340-HEH-RCY   Document 599   Filed 10/04/19   Page 1 of 1 PageID# 1204

Order Regarding Motion for Sentence Reduction Pursuant to the First Step Act                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

Eastern District of Virginia

United States of America
v.
Jerald V. Posey

Case No: 3:06cr340-08

USM No: 33124-183

Date of Original Judgment: March 23, 2007
Date of Previous Amended Judgment: January 16, 2009
*(Use Date of Last Amended Judgment if Any)*

Robert J. Wagner
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO THE FIRST STEP ACT

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under the First Step Act for a reduction in the term of imprisonment imposed based on a guideline sentencing range and mandatory minimum sentence that has subsequently been lowered and made retroactive by the United States Congress pursuant to the First Step Act, and having considered such motion, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  300 months  is reduced to  time served on both Counts 1 and 11* .

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Posey's five-year supervised release term is reduced to four years.

*This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(C), which provides: "In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

This Order will take effect ten days after the date it is signed to provide adequate time for the Bureau of Prisons to transition the defendant.

Except as otherwise provided, all provisions of the judgment dated  January 16, 2009  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Oct. 3, 2019

/s/
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Henry E. Hudson, Senior U.S. District Judge
*Printed name and title*